IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Ronnie Colclough, #2672, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 6:07-3548-HMH-WMC |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Sumter County Sheriff's Department; | ) | |
| Antony Dennis, Sheriff; | ) | |
| B. Barfield, Sheriff's Deputy, and | ) | |
| Jason Corbitt, Solicitor, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court with the Report and Recommendation of United States Magistrate Judge William M. Catoe, made in accordance with 28 U.S.C. § 636(b)(1) (2006) and Local Civil Rule 73.02 of the District of South Carolina. Ronnie Colclough ("Colclough"), a detainee at the Sumter-Lee County Detention Center proceeding pro se, brought an action under 42 U.S.C. § 1983 alleging various violations to his civil rights. In his Report and Recommendation, Magistrate Judge Catoe recommends partially dismissing the complaint without prejudice and without issuance and service of process as to Sumter County Sheriff's Department and Jason Corbitt only.

Colclough did not file objections to the Report and Recommendation. Instead, Colclough filed a letter agreeing with Magistrate Judge Catoe's recommendation. (Pl.'s Response in Support of Report and Recommendation 1.) Failure to file specific objections constitutes a waiver of a party's right to further judicial review, including appellate review, if the recommendation is accepted by the district judge. See United States v. Schronce, 727 F.2d 91,

1

94 & n.4 (4th Cir. 1984). In the absence of <u>specific</u> objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

Based on the foregoing, after a thorough review of the Magistrate Judge's Report and the record in this case, the court adopts Magistrate Judge Catoe's Report and Recommendation.

Therefore, it is

**ORDERED** that Colclough's complaint is partially dismissed without prejudice and without issuance and service of process as to Sumter County Sheriff's Department and Jason Corbitt only.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
December 11, 2007

### NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.